UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN A. MOORE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

No. C 07-1218 PJH

**JUDGMENT**

    This action having come before the court on the plaintiff's motion for summary judgment and the defendant's cross-motion for summary judgment, and the court having granted plaintiff's motion in part and denied it in part, and having granted defendant's motion in part and denied it in part,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: July 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge