UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN A. MOORE

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

No. C 07-1218 PJH

**ORDER REQUIRING DEFENDANT TO MEET AND CONFER; BRIEFING ORDER**

On July 21, 2008 the court granted in part plaintiff's motion for summary judgment and remanded the matter for further proceedings before the administrative law judge ("ALJ"). On October 9, 2008, plaintiff filed a motion for attorneys' fees. In his motion, plaintiff notes that counsel for defendant has failed to respond to his two requests to meet and confer regarding the fees, and that as a result, there has been no meet and confer prior to the filing of his motion.

Defendant is ORDERED to meet and confer within ten days of the date of this order regarding plaintiff's request for attorney's fees. If the parties are unable to reach an agreement, then defendant's opposition to plaintiff's motion is due **no later than Tuesday, November 18, 2008.** Plaintiff's reply, if any, is due **no later than Tuesday, November 25, 2008.** The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: October 21, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge